UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-14340-CIV-MIDDLEBROOKS

JOSE PADILLA, JEROME CLARK, II,
and WILLIE R. REDEN, JR.,

      Plaintiff,

v.

TA OPERATING LLC d/b/a TRAVELCENTERS
OF AMERICA,

      Defendant.
_____/

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND DISMISS CASE WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve Settlement and Dismiss Case With Prejudice (DE 21), filed November 13, 2017.

Plaintiff initiated this action on August 5, 2016, alleging a violation of the minimum wage and overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). (DE 1). The Parties advise the Court that they have settled this action, and move for dismissal with prejudice.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where,

as here, the settlement agreement was entered into in an adversarial context and both sides were represented by counsel throughout the litigation, the settlement agreement is "more likely to reflect a reasonable compromise over issues." *Id.*

Upon a review of the Parties' Settlement Agreements (DE 9-1), the Court finds that the settlement is a fair and reasonable arms-length resolution of the Parties' dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Joint Motion to Approve Settlement and Dismiss Case With Prejudice (DE 21) is **GRANTED**.

2. The Parties' Settlement Agreement (DE 21-1) is fair and reasonable and are **APPROVED**.

3. This case is **DISMISSED** with prejudice.

4. All pending motions are hereby **DENIED AS MOOT**.

5. The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this __ day of November, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

2